BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00186 LJO |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS DEFENDANT FELIPE GUTIERREZ WITHOUT PREJUDICE (Fed. R. Crim. P. 48(a)) AND ORDER THAT THE DEFENDANT REMAIN DETAINED PURSUANT TO AN EXISTING ORDER OF COURT |
| v. | ) | |
| FELIPE GUTIERREZ, | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the charges as to FELIPE GUTIERREZ, only, in the above-entitled case be dismissed without prejudice, in the interest of justice. The defendant shall remain detained as per the order issued in case 1:10-CR-346 LJO and then consolidated into and superseded by 1:11-CR-00354 LJO.

IT IS SO ORDERED.

**Dated:   March 1, 2012**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

1